E-FILED
Thursday, 20 October, 2022  04:54:56 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 2

# Properties

1. 217 S. Dearborn Ave., Bradley, Illinois
2. 212 S. Wabash Ave., Bradley, Illinois
3. 277 S. Fulton Ave., Bradley, Illinois
4. 341 W. Lawn St., Bradley, Illinois
5. 190 N. Clinton Ave., Bradley, Illinois
6. 259 N. Prairie Ave., Bradley, Illinois
7. 220 S. Schuyler Ave., Bradley, Illinois
8. 515 Brookmont Blvd., Bradley, Illinois
9. 275 S. Douglas Ave., Bradley, Illinois
10. 168 N. Jackson Ave., Bradley, Illinois
11. 204 S. Schuyler Ave., Bradley, Illinois
12. 384 S. Center Ave., Bradley, Illinois
13. 588 S. Kennedy Dr., Bradley, Illinois
14. 427 N. Blaine Ave., Bradley, Illinois
15. 711 E. Durham St., Bradley, Illinois
16. 283 N. Wabash Ave., Bradley, Illinois
17. 135 S. Grand Ave., Bradley, Illinois
18. 172 N. Clinton Ave., Bradley, Illinois
19. 347 S. Dearborn Ave., Bradley, Illinois
20. 662 Stockton Heights, Bourbonnais, Illinois
21. 105 Meadows Court, Bourbonnais, Illinois
22. 8 Jordan Dr., Bourbonnais, Illinois
23. 551-553 Bisaillon Dr., Bourbonnais, Illinois
24. 346 Princeton Ave., Bourbonnais, Illinois
25. 315 W. Mulberry St., Kankakee, Illinois
26. 620 W. Henry St., Kankakee, Illinois
27. 248 N 4000 E Rd., Kankakee, Illinois
28. 890 Cleveland Ave., Kankakee, Illinois
29. 1520 S. Fifth Ave., Kankakee, Illinois
30. 142 N. Alma Ave., Kankakee, Illinois
31. 1026 W. Hawkins St., Kankakee, Illinois
32. 121 N. Hickory Ave., Manteno, Illinois
33. 386 Park St., Manteno, Illinois
34. 156 S. Elm St., Manteno, Illinois
35. 178 S. Jackson Ave., Bradley, Illinois
36. 424 S. Fulton Ave., Bradley, Illinois
37. 245 Toni St., Bourbonnais, Illinois
38. 472 S. Fulton Ave., Bradley, Illinois
39. 436 S. Fulton Ave., Bradley, Illinois
40. 285 S. Dearborn Ave., Bradley, Illinois
41. 6403 E. Flora St., Kankakee, Illinois
42. 434 S. Fulton Ave., Bradley, Illinois

43. 395 S. Euclid Ave., Bradley, Illinois
44. 287 E Greenwood St., Bourbonnais, Illinois
45. 442 S. Euclid Ave., Bradley, Illinois
46. 131-133 Church St., Manteno, Illinois
47. 385 S. Fulton Ave., Bradley, Illinois