E-FILED
Thursday, 20 October, 2022  04:54:56 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 3



12/3/2021 $12,496.00



12/3/2021 $12,496.00



12/3/2021 $2,600.00



12/3/2021 $2,600.00



12/3/2021    $15,096.00

12/3/2021    $15,096.00



1/7/2022     $12,360.00



1/7/2022     $12,360.00



1/7/2022     $1,200.00



1/7/2022     $1,200.00



1/7/2022 $10.00

1/7/2022 $10.00



1/7/2022 $13,550.00



1/7/2022 $13,550.00



2/18/2022    $13,762.00



2/18/2022    $13,762.00



2/18/2022    $1,200.00



2/18/2022    $1,200.00



2/18/2022     $14,962.00

2/18/2022     $14,962.00