E-FILED
Thursday, 20 October, 2022  04:54:56 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 4

On Sep 26, 2022, at 2:41 PM, Linda Ahlborn <lahlborn@kchail.com> wrote:

Bruce,

    I hate to bother you but, we have an issue with one of "Tony's" units.  The water has been off since last Thursday and Tony is refusing to turn it back on.  It is a family that consists of a single mother with a young child.  She has no other family in this area, and nowhere to go. We have sent a 24-hour notice to Tony last week and now have stopped the HAP payments as of October due to the unit being uninhabitable.  Is there any way we can get the water turned back on?
The address is 217 S. Dearborn, Bradley, Illinois. The water bill is in Tony's name.

I would appreciate any assistance you can provide.

Respectfully,

Linda Ahlborn
Leased Housing Manager
Kankakee County Housing Authority
P.O. Box 965, 185 N. St. Joseph Ave.
Kankakee, Illinois 60901
Phone: 1-815-939-7125 ext. 613
Fax: 1- 815-933-5063
e-mail: lahlborn@kchail.com
Website: www.kchail.com